UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. _____ |
| | : | |
| v. | : | 18 U.S.C. § 641 |
| | : | (Theft of Public Money) |
| GREGORY J. ISAACS, | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney informs the Court that at all times relevant:

## COUNT ONE

From on or about June 19, 2010, through on or about November 3, 2012, in the District of Columbia, defendant GREGORY J. ISAACS did knowingly and willfully embezzle, steal, purloin, and convert to his use or the use of another, money of the United States or of any department or agency thereof, in the amount of more than $1,000.

**(Theft of Public Money, in violation of 18 U.S.C. § 641)**

DATED: December 2, 2014

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

By: _____
Michael Friedman (N.Y. Bar No. 4297461)
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202.252.6765
Michael.Friedman@usdoj.gov